SOUTHEASTERN PA TRANSP AUTH    JEAN-EVANS PAULEMA
AA14
18364

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 80 | $2,354.00 | $4,237.20 |
| OVERTIME EARN | 0 | 10 | $441.38 | $1,015.17 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $470.80 |
| UNIFORMALLOW | 0 | 0 | $405.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $5.50 | $16.50 |
| 457B MATCH | 0 | 0 | $17.74 | $35.48 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $126.56 | $269.01 |
| FICA/MED | $206.39 | $422.91 |
| SUI TAX | $1.96 | $4.01 |
| PENNA | $85.82 | $175.70 |
| PHILA | $104.83 | $214.62 |
| AFLAC-PRETAX | $54.12 | $108.24 |
| HEALTH COPAY | $61.13 | $122.26 |
| 457B MATCH | $17.74 | $35.48 |
| 457B | $70.95 | $141.90 |
| CO-PAY PENSION | $82.39 | $164.78 |
| LIFE INSUR. | $2.00 | $2.00 |
| TWFCU SHARE | $200.00 | $400.00 |
| PRIMARY CHECK | $2,209.73 | $4,119.24 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $3,223.62 | - | $525.56 | - | $488.33 | = | $2,209.73 | | 131090165 | $2,209.73 |
| Y TO D | $6,180.15 | - | $1,086.25 | - | $974.66 | = | $4,119.24 | 01-18-2025 | | |



SEPTA  
1234 Market St.  
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXXX

CHECK

$2,209.73

TO THE ORDER OF

AA 14 55    302    0    18364
01-24-2025

JEAN-EVANS PAULEMA
7322 PITTVILLE AVENUE
PHILADELPHIA PA    19126

SOUTHEASTERN PA TRANSP AUTH   JEAN-EVANS PAULEMA
AA14
18364

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $142.45 | $142.45 |
| FICA/MED | $216.52 | $216.52 |
| SUI TAX | $2.05 | $2.05 |
| PENNA | $89.88 | $89.88 |
| PHILA | $109.79 | $109.79 |
| AFLAC-PRETAX | $54.12 | $54.12 |
| HEALTH COPAY | $61.13 | $61.13 |
| 457B MATCH | $17.74 | $17.74 |
| 457B | $70.95 | $70.95 |
| CO-PAY PENSION | $82.39 | $82.39 |
| TWFCU SHARE | $200.00 | $200.00 |
| PRIMARY CHECK | $1,909.51 | $1,909.51 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 64 | $1,883.20 | $1,883.20 |
| OVERTIME EARN | 0 | 13 | $573.79 | $573.79 |
| HOLIDAYPAY | 0 | 16 | $470.80 | $470.80 |
| MEAL ALLOW | 0 | 0 | $11.00 | $11.00 |
| 457B MATCH | 0 | 0 | $17.74 | $17.74 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $2,956.53 | - | $560.69 | - | $486.33 | = | $1,909.51 | | 131074831 | $1,909.51 |
| Y TO D | $2,956.53 | - | $560.69 | - | $486.33 | = | $1,909.51 | 01-04-2025 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

XXXXXXXXXXXXXXXX

CHECK

$1,909.51

TO THE ORDER OF

AA 14 55      302            0            18364
JEAN-EVANS PAULEMA                01-10-2025
7322 PITTVILLE AVENUE
PHILADELPHIA PA    19126

SOUTHEASTERN PA TRANSP AUTH   JEAN-EVANS PAULEMA
AA14
18364

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $98.97 | $3,824.21 |
| FICA/MED | $186.13 | $5,608.92 |
| SUI TAX | $1.77 | $53.05 |
| PENNA | $77.69 | $2,326.81 |
| PHILA | $94.90 | $2,842.23 |
| AFLAC-PRETAX | $54.12 | $1,407.12 |
| HEALTH COPAY | $61.13 | $1,589.38 |
| 457B MATCH | $17.74 | $461.24 |
| 457B | $70.95 | $1,844.70 |
| CO-PAY PENSION | $82.39 | $2,142.14 |
| LIFE INSUR. | $2.00 | $24.00 |
| TWFCU SHARE | $200.00 | $5,200.00 |
| PRIMARY CHECK | $1,606.00 | $49,586.93 |

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 80 | $2,354.00 | $55,083.60 |
| OVERTIME EARN | 0 | 4 | $176.55 | $13,881.29 |
| VAC PAY | 0 | 0 | $0.00 | $3,295.60 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $2,118.60 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,177.00 |
| BEREAVEMENT TM | 0 | 0 | $0.00 | $235.40 |
| TAXABLE LIFE | 0 | 0 | $0.00 | $62.89 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |
| MEAL ALLOW | 0 | 0 | $5.50 | $253.00 |
| 457B MATCH | 0 | 0 | $17.74 | $461.24 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $2,553.79 | - | $459.46 | - | $488.33 | = | $1,606.00 | | 131059606 | $1,606.00 |
| Y TO D | $76,973.62 | - | $14,655.22 | - | $12,668.58 | = | $49,586.93 | 12-21-2024 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

PNC BANK

CHECK