**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jean Paulema | : | CHAPTER 13 |
| | : | |
| DEBTOR(S), | : | CASE NO. 25-10634 |

**PRAECIPE TO WITHDRAW**

To the Clerk,

    Kindly withdraw Debtor's Certificate of Service for Amended Plan filed on July 11, 2025, docket number 27.

Dated: July 11, 2025                                      Respectfully Submitted,

                                                                        /s/ Michelle Lee

                                                                        Michelle Lee, Esquire
                                                                        Dilworth Paxson LLP
                                                                        1500 Market Street, Suite 3500E
                                                                        Philadelphia, PA 19102