## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jean Paulema | : | CHAPTER 13 |
| | : | |
| DEBTOR(S), | : | CASE NO. 25-10634 |

## PRAECIPE TO WITHDRAW

To the Clerk,

    Kindly withdraw Debtor's Certificate of Service for Amended Plan filed on July 14, 2025, docket number 29.

Dated: August 1, 2025                                                       Respectfully Submitted,

                                                                                     <u>/s/ Michelle Lee</u>

                                                                                     Michelle Lee, Esquire
                                                                                     Dilworth Paxson LLP
                                                                                     1500 Market Street, Suite 3500E
                                                                                     Philadelphia, PA 19102