**L.B.F. 9014-4**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Jean Paulema**                        :                    **Chapter**

                                               :

               **Debtor**                      :                    **Bky. No. 25-10634**


* * * * * * *

### CERTIFICATION OF SERVICE

I, Michelle Lee, certify that on August 6, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Amended Chapter 13 Plan Certificate of Service


I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date:   8/6/2025                    /s/ Michelle Lee
                                    DILWORTH PAXSON LLP
                                    Michelle Lee, Esq.
                                    1650 Market Street, Suite 1200
                                    Philadelphia, PA 19103

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address.  Continue to the next page if necessary).

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kenneth West | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ X CM/ECF<br>☐ Other_____ |
| Jean Paulema<br>7322 Pittville Avenue<br>Philadelphia, PA 19126 | Debtor | ☐ Hand-delivered<br>☐ X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other_____ |

# Creditors

**Ally Bank**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Ally Credit Card/cws**
Po Box 9222
Old Bethpage, NY 11804

**Avant/WebBank**
222 North Lasalle Street
Suite 1600
Chicago, IL 60601

**Capital One**
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

**Credit One Bank**
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

**Lakeview Loan Servicing, LLC**
c/o Denise Carlon

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

**Lakeview Loan Servicing, LLC**
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

**Lakeview Loan Servicing, LLC**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**M & T Bank**
Attn: Bankruptcy
Po Box 844
Buffalo, NY 14240

**M&T Bank**
PO BOX 1508
Buffalo, NY 14240

**MERRICK BANK**
Resurgent Capital Services

PO Box 10368
Greenville, SC 29603-0368

**Merrick Bank Corp**
Po Box 9201
Old Bethpage, NY 11804

**Mohela**
Attn: Bankruptcy
633 Spirit Dr
Chesterfield, MO 63005

**Mohela/dept Of Ed**
Po Box 82561
Lincoln, NE 68501

**Philadelphia Gas Works**
800 W Montgomery Ave 3F
Philadelphia, PA 19122

**Roadrunner Account Ser**
Attn: Bankruptcy
5525 N Macarthur Blvd, Ste 660
Irving, TX 75038

**Utility Selfreported**
Po Box 4500
Allen, TX 75013