United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10634-djb |
| Jean Paulema | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 07, 2025 | Form ID: 155 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jean Paulema, 7322 Pittville Avenue, Philadelphia, PA 19126-1527 |
| 14982013 | + | Lakeview Loan Servicing, LLC, c/o Denise Carlon, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14991956 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 00:22:18 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14979405 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 00:21:40 | Ally Credit Card/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14979406 | + | Email/Text: bk@avant.com | Aug 08 2025 00:14:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14979407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:21:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14979408 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2025 00:21:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15000578 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2025 00:33:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14981959 | ^ | MEBN | Aug 08 2025 00:05:25 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15002672 | ^ | MEBN | Aug 08 2025 00:05:17 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14979409 | | Email/Text: camanagement@mtb.com | Aug 08 2025 00:14:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14989119 | + | Email/Text: camanagement@mtb.com | Aug 08 2025 00:14:00 | M&T Bank, PO BOX 1508, Buffalo, NY 14240-1508 |
| 14988458 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 00:22:19 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14979411 | | Email/Text: EBN@Mohela.com | Aug 08 2025 00:14:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 14979410 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 08 2025 00:22:22 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14979412 | ^ | MEBN | Aug 08 2025 00:05:31 | Mohela/dept Of Ed, Po Box 82561, Lincoln, NE 68501-2561 |
| 14996097 | ^ | MEBN | Aug 08 2025 00:05:18 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: 155 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 14979413 | + Email/Text: bk@roadrunnerfinancial.com | | Aug 08 2025 00:14:00 | Roadrunner Account Ser, Attn: Bankruptcy, 5525 N Macarthur Blvd, Ste 660, Irving, TX 75038-2671 |
| 14979414 | ^ MEBN | | Aug 08 2025 00:05:14 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE LEE | on behalf of Debtor Jean Paulema bky@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Jean Paulema                                        Case No. 25−10634−djb

    Debtor(s).                                               Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 7, 2025                                                                           For The Court

                                                                                            Derek J Baker  
                                                                                            Judge, United States Bankruptcy Court